AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Terry Brown<br><br>Defendant | ) Case: 1:21-MJ-00012<br>) Assigned to: Judge G. Michael Harvey<br>) Assigned Date: 1/7/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Terry Brown,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; or Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds

40 U.S.C. 5104 (e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/07/2021

G. Michael Harvey
2021.01.07 20:05:58 -05'00'
*Issuing officer's signature*

City and state: Washington, DC

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/11/2021, and the person was arrested on *(date)* 1/11/2021
at *(city and state)* MYERSTOWN, PA.

Date: 1/15/2021

*Arresting officer's signature*

GEOFFREY FORD, FBI AGENT
*Printed name and title*

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | MD of PA Rule 40 #: |
| --- | --- | --- |
| v. | ) | 1:21-MJ-004 |
|  | ) | Case No. |
| ~~Cindy Fitchett, Michael Curzio, Douglas~~ Terry Brown, ~~Bradley Rukstales, and Thomas Gallagher~~ | ) ) ) ) | 12-MJ-012 |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. 1752 (a) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; or Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds |
| 40 U.S.C. 5104 (e)(2) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_____
Complainant's signature

Joseph Bruno, United States Capitol Police
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/07/2021

_____
Judge's signature

City and state: Washington, DC

G. Michael Harvey, United States Magistrate Judge
Printed name and title

[ Print ]  [ Save As... ]  [ Attach ]  [ Reset ]

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:21-MJ-0004 |
| ) | |
| TERRY BROWN ) | Charging District's Case No. 21-MJ-12 |
| ) | |
| *Defendant* ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* __District of Columbia__.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[X] an identity hearing and production of the warrant.

[ ] a preliminary hearing.

[ ] a detention hearing.

[ ] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 1-11-2021

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Lori Ulrich

*Printed name of defendant's attorney*

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| TERRY BROWN | ) Case No. 1:21-MJ-004 |
| _Defendant_ | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear at: _____
   _Place_

   on _____
   _Date and Time_

   If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 12/11) Additional Conditions of Release											Page  2  of  3  Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
  Person or organization _____
  Address *(only if above is an organization)* _____
  City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____     _____
                          Custodian                                                            Date

(✓) (7)  The defendant must:
  (✓) (a) submit to supervision by and report for supervision to the  Pre-Trial Services Office ,
        telephone number  (717) 901-2860 , no later than _____.
  ( ) (b) continue or actively seek employment.
  ( ) (c) continue or start an education program.
  (✓) (d) surrender any passport to:  Clerk, U.S. District Court
  (✓) (e) not obtain a passport or other international travel document.
  (✓) (f) abide by the following restrictions on personal association, residence, or travel:  Middle District of Pennsylvania, Maryland, District of Columbia
  (✓) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:  known to be
  ( ) (h) get medical or psychiatric treatment: _____
  ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
  ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  (✓) (k) not possess a firearm, destructive device, or other weapon, and you must firearms within 24 hours.
  (✓) (l) not use alcohol ( ) at all (✓) excessively.
  (✓) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  (✓) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  (✓) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
      ( ) (i)  **Curfew.** You are restricted to your residence every day ( ) from _____ to _____ , or ( ) as directed by the pretrial services office or supervising officer; or
      ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
      ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
  ( ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
      ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
  (✓) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
  ( ) (s) _____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Defendant's Signature*

509 W. Main Ave Myerstown PA 17067
*City and State*

717-269-1024

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 1-11-2021

Martin C. Carlson
*Judicial Officer's Signature*

Martin C. Carlson, U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION:  COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Cr. No. 1:21-MJ-4** |
| | : | |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **TERRY BROWN** | : | |
| **Defendant** | : | |

# **O R D E R**

AND NOW this 19th day of January 2021 IT IS ORDERED that the following conditions of release shall apply to the defendant in addition to those conditions of release set at the time of the defendant's initial appearance in this case: The defendant shall report virtually in the District of Columbia for further proceedings in this case at **1:00 p.m. on January 22, 2021** in accordance with the written instructions provided by government counsel to the defendant's retained attorney.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

1

 CM/ECF

- Civil
- Criminal
- Query
- Reports
- Utilities
- Search
- Help
- What's New
- Log Out (Rashelle Weida)

# United States District Court
# Middle District of Pennsylvania (Harrisburg)
# CRIMINAL DOCKET FOR CASE #: 1:21-mj-00004-MCC All Defendants *SEALED*
# Internal Use Only

Case title: USA v. SEALED

Date Filed: 01/11/2021

Assigned to: Magistrate Judge Martin C. Carlson

**Defendant (1)**

**Terry Brown**     represented by     **Lori J. Ulrich**
Federal Public Defender's Office
100 Chestnut Street
Suite 306
Harrisburg, PA 17101-2540
717-782-2237
Email: lori_ulrich@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Terrence J. McGowan**
Killian & Gephart, LLP
218 Pine Street
Harrisburg, PA 17101
717-232-1851
Email: tjmcgowan@killiangephart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**          **Disposition**
None

**Highest Offense Level (Opening)**

None

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| 18:1752(a) - Knowingly Entering or Remaining in any Restricted | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Daryl Ford Bloom**<br>U.S. Attorney's Office<br>228 Walnut Street, Suite 220<br>P.O. Box 11754<br>Harrisburg, PA 17108<br>717-221-4482<br>Email: Daryl.Bloom@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/11/2021 | view1 | SEALED CRIMINAL COMPLAINT as to Terry Brown (1). (kjn) (Entered: 01/12/2021) |
| 01/11/2021 | view | Arrest (Rule 40) of Terry Brown. (kjn) (Entered: 01/12/2021) |
| 01/11/2021 | view2 | MOTION to Redact Complaint by USA in case as to Terry Brown. (kjn) (Entered: 01/12/2021) |
| 01/11/2021 | view3 | ORDER granting 2 Motion to Redact in case as to Terry Brown (1)Signed by Magistrate Judge Martin C. Carlson on January 11, 2021. (kjn) (Entered: 01/12/2021) |
| 01/11/2021 | LOCK lock views | *SEALED* SEALED DOCUMENT(S) - Unredacted Arrest Paperwork from District of Columbia as to Terry Brown. (Attachments: # 1 Cover sheet, # 2 Affidavit, # 3 Warrant) (kjn) (Entered: 01/12/2021) |
| 01/11/2021 | LOCK view5 | (Court only) Minute Entry for proceedings held before Magistrate Judge Martin C. Carlson:Initial Appearance in Rule 40 Proceedings as to Terry Brown held on 1/11/2021. (Tape #Webex Recorded - Saved to Network Drive.)Total Time in Court [:30] (kjn) (Entered: 01/12/2021) |
| 01/11/2021 | LOCK view6 | CJA 23 - FINANCIAL AFFIDAVIT by Terry Brown. (kjn) (Entered: 01/12/2021) |

| | | |
|---|---|---|
| 01/11/2021 | view7 | WAIVER of of Identity Hearing by Terry Brown. (kjn) (Entered: 01/12/2021) |
| 01/11/2021 | view8 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER for Initial Appearance ONLY as to Terry Brown.Signed by Magistrate Judge Martin C. Carlson on January 11, 2021. (kjn) (Entered: 01/12/2021) |
| 01/11/2021 | view9 | ORDER Setting Conditions of Release (Redacted) as to Terry Brown. Signed by Magistrate Judge Martin C. Carlson on January 11, 2021. (kjn) (Entered: 01/12/2021) |
| 01/11/2021 | LOCK view10 | Sealed Document - Unredacted OSCR. (kjn) (Entered: 01/12/2021) |
| 01/12/2021 | view11 | SCHEDULING ORDER as to Terry Brown - A Preliminary Hearing is set for 1/19/2021 at 10:00 AM in Harrisburg - Courtroom 5 and Webex before Magistrate Judge Martin C. Carlson. Signed by Magistrate Judge Martin C. Carlson on January 12, 2021. (kjn) (Entered: 01/12/2021) |
| 01/13/2021 | view12 | NOTICE OF APPEARANCE: Terrence J. McGowan appearing for Terry Brown (mw) (Entered: 01/13/2021) |
| 01/19/2021 | LOCK view13 | (Court only) Minute Entry for proceedings held before Magistrate Judge Martin C. Carlson:Docket Call as to Terry Brown held on 1/19/2021. An Indictment has been returned. Preliminary hearing not held. Supplemental order will be entered directing appearance in District of Columbia. (Tape #Webex Recorded - Saved to Network Drive.)Total Time in Court [:05] (kjn) (Entered: 01/19/2021) |
| 01/19/2021 | view14 | ORDER as to Terry Brown - The defendant shall report virtually in the District of Columbia for further proceedings in this case at 1:00 p.m. on January 22, 2021 in accordance with the written instructions provided by government counsel to the defendants retained attorney. Signed by Magistrate Judge Martin C. Carlson on January 19, 2021. (kjn) (Entered: 01/19/2021) |
| 01/19/2021 | view | DOCKET ANNOTATION: Rule 40 documents and a copy of the docket sheet electronically sent to the District of Columbia via the InterDistrict transfer email account, 1/19/21. (rw) (Entered: 01/19/2021) |